1

2

3

4

5

6

7

8

9

10

11

12

13

14

```
FILED
CLERK, U.S. DISTRICT COURT

OCT 1 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            Vha          DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>Jeanne Garcia-Occovan<br><br>        Defendant. | Case No. ED CR 13-47 VAP<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

A.   (X)   the appearance of the defendant as required; and/or

B.   ( )   the safety of any person or the community.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court concludes that :

A.    (X)    Defendant failed to present clear and convincing evidence to establish that Defendant is not a risk of flight because:

Allegations Of Failure To Appear on

Contact USPO

B.    ( )    Defendant failed to present clear and convincing evidence to establish that Defendant does not pose a risk to the safety of other persons or the community because:

IT IS ORDERED that defendant be detained.

DATE: 10/15 , 2013

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2